COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-229-CV

 

KAREN
CADDELL                                                                 APPELLANT

 

                                                   V.

 

HOOD
COUNTY AND HOOD COUNTY                                      APPELLEES

SHERIFF'S OFFICE 

                                                                                                        

                                               ----------

               FROM
THE 355TH DISTRICT COURT OF HOOD COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Dismiss.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for
which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DELIVERED:  November 29, 2007











[1]See Tex. R. App. P. 47.4.